UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| QIAN WILLIAMS, | : Case No. 1:22-cv-769 |
| Plaintiff, | : |
| vs. | : Judge Douglas R. Cole |
| | : Magistrate Judge Caroline H. Gentry |
| DALE TAYLOR, *et al.*, | : |
| Defendants. | : |

## ORDER

This civil rights matter is before the Court on Plaintiff's Motion to have the Court provide information about Defendants' addresses and the amount of money required to have the Clerk of Court serve the Complaint. (Doc. 13). The Motion is **DENIED** as premature.

Plaintiff recently paid the filing fee to commence this action. (Doc. 12). Before the case can proceed further, however, the Court is required to conduct an initial screening of Plaintiff's Complaint. (Doc. 1). Screening is required because Plaintiff is a prisoner seeking "redress from a governmental entity or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). (*See* Doc. 1, PageID 17). The Court must dismiss the Complaint, or any portion of it, that is frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

The undersigned will conduct the initial screening as soon as practicable and issue an appropriate order. The Clerk of Court is **DIRECTED** to hold service until that time.

A copy of the Court's order screening the Complaint will be mailed to Plaintiff. Plaintiff is **ADVISED** that he must keep this Court informed of his current address, and promptly file a Notice of New Address if he is released or transferred.

    **IT IS SO ORDERED.**

August 28, 2023

/s/ *Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE