# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| QIAN WILLIAMS, | : | Case No. 1:22-cv-769 |
| Plaintiff, | : | |
| vs. | : | Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| DALE TAYLOR, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Qian Williams has filed a document styled as an "Urgent Reply," asserting that filings in this case served upon him through the United States Postal Service are not being treated by the Bureau of Prisons as protected legal mail. (ECF No. 22).

In conformity with 28 C.F.R. §§ 540.2, 540.18, and 540.19, the Court **DIRECTS** the Clerk of Court to mail all filings to Williams in envelopes identifying the Clerk of Courts of the United States District Court for the Southern District of Ohio as the sender and to write the phrase "SPECIAL LEGAL MAIL—Open Only in the Presence of the Inmate" on the front of the envelopes.

**IT IS SO ORDERED.**

July 10, 2024

*/s/* Caroline H. Gentry
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE