# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| QIAN WILLIAMS, | : | Case No. 1:22-cv-769 |
| Plaintiff, | : | |
| vs. | : | Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| DALE TAYLOR, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff Qian Williams recently sent a letter to the Clerk of Court asking that mail from the Court "have a raised seal stamped" on it. (ECF No. 27). Williams also asks that the Clerk re-send any mail to him that was returned to the Court after July 2024. (*Id.*).

No such returned mail appears on the docket. The Court **DIRECTS** the Clerk to send Williams a printout of the docket of this case as it currently stands and **GRANTS** the motion/letter only to this extent. The motion/letter is otherwise **DENIED**. Williams is confined to a federal correctional institution, and the Court has already ordered that mail to Williams be specially marked pursuant to federal regulations. (*See* ECF No. 26). There is no need, or authorization, to require the Clerk to include a raised seal on mail from this Court.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
UNITED STATES MAGISTRATE JUDGE